IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>                        Plaintiff,<br>     v.<br>NEWREZ LLC,<br>                        Defendant. | No. 5:22-cv-00650 |

RECEIVED
OCT 06 2022
SSI

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Melissa Capone_                                       9/29/2022
Signature                                                     Date

_Melissa Capone_
Name (Please Print Neatly)


Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 112

RECEIVED
OCT 06 2022
SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

NEWREZ LLC,

        Defendant.

No. 5:22-cv-00650

**CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____       9/29/2022
Signature                                                 Date

Jermal Corbin JR
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 957

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED OCT 04 2022
SSI

ANDREW RICCI, on behalf of himself and others similarly situated,
      Plaintiff,

v.

NEWREZ LLC,
      Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_C Hall_
Signature

_9/30/22_
Date

_Charlott Hall_
Name (Please Print Neatly)

[redacted]
Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 272

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
OCT 06 2022
SSI

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Margaret E Hittle_                            9-30-2022
Signature                                      Date

_Margaret E Hittle_
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 300



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
OCT 06 2022
SSI

ANDREW RICCI, on behalf of himself and others similarly situated,
     Plaintiff,

v.

NEWREZ LLC,
     Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

9/29/22
Date

RON MARDER
Name (Please Print Neatly)


Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 420

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

**RECEIVED OCT 06 2022 SSI**

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Lee JM_
Signature

_Laurence Murphy_
Name (Please Print Neatly)

9/29/2022
Date



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 487

RECEIVED
OCT 04 2022
SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

           Plaintiff,

v.

NEWREZ LLC,

           Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Allen Opperman_
Signature

_9-30-2022_
Date

ALLEN OPPERMAN
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 504

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED OCT 04 2022 SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

NEWREZ LLC,

        Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

Timothy Smith
Name (Please Print Neatly)

9/30/22
Date



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 1192

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**
OCT 06 2022
**SSI**

ANDREW RICCI, on behalf of himself and others similarly situated,
    Plaintiff,

v.

NEWREZ LLC,
    Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____         9/29/22
Signature                                Date

Lacey Swan
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 1027

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and others similarly situated,

    Plaintiff,

v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

9-28-22
Date

Gloria Jean Wiltbank
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 736