54

**RECEIVED**

OCT 1 2 2022

**SSI**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,
                          Plaintiff,     :   No. 5:22-cv-00650

           v.

NEWREZ LLC,
                          Defendant.   :

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

10 -05-2022
Date

Casey E Andrews
Name (Please Print Neatly)

_____

_____

_____

Email Address

## Return by November 10, 2022 to:

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 19

**RECEIVED**
OCT 1 2 2022
**SSI** 53

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

10/4/2022
Date

JOHN  BRANDON
Name (Please Print Neatly)

Email Address

## Return by November 10, 2022 to:

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269



MailID: 77

60

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED

OCT 12 2022

SSI

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,        :    No. 5:22-cv-00650

          v.

NEWREZ LLC,

                    Defendant.

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature                                      Date    10/1/22

Name (Please Print Neatly)  JoAnn Bradshaw

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 75

RECEIVED

OCT 12 2022

SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

_10-3-22_
Date

_Tim R. Bruchmiller_
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

Received

OCT 0 7 2022

SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : | |
| Plaintiff, | : | No. 5:22-cv-00650 |
| v. | : | |
| NEWREZ LLC, | : | |
| Defendant. | : | |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Kelly Buskirk_
Signature

_10/3/22_
Date

_Kelly Buskirk_
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269



MailID: 1008

31

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVE

OCT 11 20

SSI

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Keita A. Carr_
Signature

_10.4.22_
Date

_Keita A. Carr_
Name (Please Print Neatly)

█████████████████████

Email Address

## Return by November 10, 2022 to:

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

RECEIVED

OCT 1 2 2022

SSI

40

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,
                       Plaintiff,     :  No. 5:22-cv-00650

        v.

NEWREZ LLC,
                       Defendant.  :

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

10/1/22
Date

Andres Castillo
Name (Please Print Neatly)

Email Address

## Return by November 10, 2022 to:

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

65

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED

OCT 13 2022

SSI

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,

       v.

NEWREZ LLC,

                    Defendant.

:
:
:
:  No. 5:22-cv-00650
:
:
:
:
:
:

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly) Briggitte Cheaney-Beli

10-9-2022

Date

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 826

RECEIVED

OCT 1 2 2022

SSI    45

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                     Plaintiff,

        v.

NEWREZ LLC,

                     Defendant.

:
:
:
:   No. 5:22-cv-00650
:
:
:
:
:
:

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Lekietha Cleveland_
Signature

_LeKietha  Cleveland_
Name (Please Print Neatly)

_October 3, 2022_
Date



Email Address

### Return by November 10, 2022 to:

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

57

RECEIVED

OCT 1 2 2022

SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,

      v.

NEWREZ LLC,

                    Defendant.

:
:
:
:
:
:
:
:
:
:

No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

10/04/22
Date

Azul Corea
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

Received
OCT 07 2022
SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                  Plaintiff,

        v.

NEWREZ LLC,

                  Defendant.

:
:
:
:    No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Date

IVONNE ANDREA ELLERBE
Name (Please Print Neatly)

Email Address

## Return by November 10, 2022 to:

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 1212

25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

OCT 11 2022

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,
                        Plaintiff,

         v.

NEWREZ LLC,
                        Defendant.

:
:
:
:
:  No. 5:22-cv-00650
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Amber Evans
Name (Please Print Neatly)

$\underline{10-3-22}$
Date

Email Address

## Return by November 10, 2022 to:

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

ENTERED OCT 11 2022

MailID: 783

56

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                     Plaintiff,

        v.

NEWREZ LLC,

                   Defendant.

No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly)

Email Address

_10  3  22_

Date

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269



23

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 1 1 2022**

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                           Plaintiff,     :   No. 5:22-cv-00650

              v.

NEWREZ LLC,

                           Defendant.

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

_10/4/2022_
Date

Eileen Jane Gundy
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 270

24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 11 2022**

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,

          v.

NEWREZ LLC,

                    Defendant.

:
:
:
:   No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature                                          Date

SHERYL HANCOCK

Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

               Ricci v NewRez, LLC Administrator
               c/o Settlement Services, Inc.
               PO Box 10269
               Tallahassee, FL 32302-2269

MailID: 1162

36

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

OCT 1 2 2022

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                       Plaintiff,

         v.

NEWREZ LLC,

                       Defendant.

:
:
:
:   No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

Kimberly Hanson Haman
Name (Please Print Neatly)

10-5-2022
Date

███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 1 3 2022**

**SSI**

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | :   No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

_10/5/22_
Date

DAWN  HECK   nee   RASCHEIN - STEVENS
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 872

RECEIVED

OCT 12 2022

SSI 41

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

      Plaintiff,  : No. 5:22-cv-00650

   v.

NEWREZ LLC,

      Defendant. :

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

      Ricci v NewRez, LLC Administrator
      c/o Settlement Services, Inc.
      PO Box 10269
      Tallahassee, FL 32302-2269

MailID: 1072

RECEIVED

OCT 12 2022

SSI

ISS

OCT 12 2023

RECEIVED

46

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,       :   No. 5:22-cv-00650

          v.

NEWREZ LLC,

                    Defendant.

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

Signature _____

Date _10/3/2022_

Name (Please Print Neatly) _AD Hudson_



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

RECEIVED
OCT 12 2022
SSI
48

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,   :   No. 5:22-cv-00650

           v.

NEWREZ LLC,

                  Defendant.

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

_____
Name (Please Print Neatly)

Ananias Hudson

_____
Date

Oct 3 2022



Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

RECEIVED

OCT 12 2022

SSI    51

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                  Plaintiff,

      v.

NEWREZ LLC,

                  Defendant.

No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

10/4/22
Date

Thomas Ivancik
Name (Please Print Neatly)

_____
Email Address

**Return by November 10, 2022 to:**

                Ricci v NewRez, LLC Administrator
                c/o Settlement Services, Inc.
                PO Box 10269
                Tallahassee, FL 32302-2269

RECEIVED

OCT 12 2022

SSI

43

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,

     v.

NEWREZ LLC,

                Defendant.

:
:
:
:   No. 5:22-cv-00650
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly) Katherine J. Johncock

10/06/2022
Date

Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269



MailID: 331

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

OCT 1 3 2022

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                  Plaintiff,

        v.

NEWREZ LLC,

                  Defendant.

:
:
:
:   No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

_____
Name (Please Print Neatly)

                  _____
                  Date



Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 380

32

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 11** 2022

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,

        v.

NEWREZ LLC,

                Defendant.

:
:
:
:
:
:
:
:
:
:

No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly)  Ruta  Livingston

10-3-22
Date

Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

RECEIVED

OCT 1 2 2022

SSI

50

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

       Plaintiff,  No. 5:22-cv-00650

   v.

NEWREZ LLC,

       Defendant.

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

10/1/2022
Date

Erin Lockett
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

ENTERED OCT 1 2 2022

MailID: 399

33

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 11 2022**

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

:
:
:

                                    Plaintiff,     :    No. 5:22-cv-00650

            v.                                      :

NEWREZ LLC,                                        :
                                                    :
                                    Defendant.      :
                                                    :

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

Signature

$10-5-2022$
Date

Jacquelyn, Lottman
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

> Ricci v NewRez, LLC Administrator
> c/o Settlement Services, Inc.
> PO Box 10269
> Tallahassee, FL 32302-2269

MailID: 143



34

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 1 1 2022**

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                       Plaintiff,

          v.

NEWREZ LLC,

                     Defendant.

:
:
:
:  No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

9 /29/22

Date

Tina Magwood
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED

OCT 11 2022

SSI

ANDREW RICCI, on behalf of himself and
others similarly situated,

　　　　　　　　　　Plaintiff,

　　　v.

NEWREZ LLC,

　　　　　　　　　　Defendant.

:
:
:
:
: No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature


10/4/22
Date

Brian Masarik
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

　　　　　　Ricci v NewRez, LLC Administrator
　　　　　　c/o Settlement Services, Inc.
　　　　　　PO Box 10269
　　　　　　Tallahassee, FL 32302-2269

MailID: 425

64

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

OCT 13 2022

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                              Plaintiff,    :   No. 5:22-cv-00650

            v.

NEWREZ LLC,

                              Defendant.   :

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

Randy Miller
Signature

9/30/2022
Date

RANDY MILLER
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

OCT 1 2 2022

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                  Plaintiff,    :   No. 5:22-cv-00650

        v.

NEWREZ LLC,

                  Defendant.

## <u>CONSENT TO BECOME PARTY PLAINTIFF</u>

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly)   Julie A. McKinney

Email Address

10/3/2022

Date

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

**RECEIVED**
**OCT 12 2022**
**SSI**
*55*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                   Plaintiff,

       v.

NEWREZ LLC,

                  Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature                                  10-3-22

                                     Date

Anita Morabito
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

62

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED

OCT 1 2 2022

SSI

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,   :   No. 5:22-cv-00650

     v.

NEWREZ LLC,

                Defendant.

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

TarNeisha A. Mubeko

Name (Please Print Neatly)

$\dfrac{10/4}{\text{Date}}$ 22

Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 1176

Received

OCT 0 7 2022

SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                       Plaintiff,

         v.

NEWREZ LLC,

                      Defendant.

No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

David Musgrave
Name (Please Print Neatly)

9/30/2022
Date



Email Address

**Return by November 10, 2022 to:**

                      Ricci v NewRez, LLC Administrator
                      c/o Settlement Services, Inc.
                      PO Box 10269
                      Tallahassee, FL 32302-2269

Received

OCT 0 7 2022

SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : | |
| Plaintiff, | : | No. 5:22-cv-00650 |
| v. | : | |
| | : | |
| NEWREZ LLC, | : | |
| Defendant. | : | |
| | : | |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

$\dfrac{10|3|2022}{\text{Date}}$

Shakira Ortiz-Morales
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 1150

RECEIVED

OCT 1 2 2022

SSI

37

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                     Plaintiff,

           v.

NEWREZ LLC,

                     Defendant.

:     No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

STEVEN PAGLEY
_____
Name (Please Print Neatly)



Email Address

_10-6--22_
Date

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269



67

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 13 2022**

**SSI**

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : |
| v. | : No. 5:22-cv-00650 |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Alana Pugh
Name (Please Print Neatly)

10/5/22
Date



Email Address

## Return by November 10, 2022 to:

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 554

49

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                              Plaintiff,        :   No. 5:22-cv-00650

            v.

NEWREZ LLC,

                              Defendant.        :

**RECEIVED**

**OCT 1 2 2022**

**SSI**

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly)

Jan Rasmussen

$\underline{10/5/2022}$
Date

Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

44

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

OCT 1 2 2022

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,

    v.

NEWREZ LLC,

                Defendant.

: No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

_10/3/22_
Date

Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 920

Received

OCT 0 7 2022

SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                          Plaintiff,

          v.

NEWREZ LLC,

                          Defendant.

:
:
:
:
:
:
:
:
:
:
:

No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

ROSEMARIE REYNOLDS
Name (Please Print Neatly)

10-4-22
Date

Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

ENTERED OCT 1 0 2022

MailID: 1134

Received

OCT 07 2022

SSI

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                            Plaintiff,

            v.

NEWREZ LLC,

                       Defendant.

:
:
:   No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly)

Email Address

Date 9/30/2022

<u>Return by November 10, 2022 to:</u>

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

INTERLD OCT 1 0 2022

59

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OCT 12 2022

SSI

ANDREW RICCI, on behalf of himself and
others similarly situated,

                       Plaintiff,

        v.

NEWREZ LLC,

                      Defendant.

:
:
:
:  No. 5:22-cv-00650
:
:
:
:
:
:

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Katie Rombola (Aviles)
Signature

Katie Rombola (nee Aviles)
Name (Please Print Neatly)

10|5|22
Date

Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

26

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                     Plaintiff,

       v.

NEWREZ LLC,

                    Defendant.

:
:
:
:
:
:
:
:
:
:

**OCT 11 2022**

No. 5:22-cv-00650   **SSI**

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

$\frac{10/5/22}{\text{Date}}$

*Angelin, Sciagnimanico*
Name (Please Print Neatly)



Email Address

### Return by November 10, 2022 to:

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

Received
OCT 0 7 2022
SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,

        v.

NEWREZ LLC,

                Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature                  10 - 3 - 22
                                     Date

BRENDA   SISON
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 631

RECEIVED

OCT 12 2022

SSI 42

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,

        v.

NEWREZ LLC,

                    Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

10/6/22
Date

Falisha Smith
Name (Please Print Neatly)

Email Address

## Return by November 10, 2022 to:

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 11** 2022

**SS**

ANDREW RICCI, on behalf of himself and
others similarly situated,

                   Plaintiff,

      v.

NEWREZ LLC,

                   Defendant.

:  No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly)

Austen Sparenga

10/4/22
Date



Email Address

**Return by November 10, 2022 to:**

      Ricci v NewRez, LLC Administrator
      c/o Settlement Services, Inc.
      PO Box 10269
      Tallahassee, FL 32302-2269

MailID: 648

RECEIVED
OCT 12 2022
SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                      Plaintiff,    :  No. 5:22-cv-00650

         v.

NEWREZ LLC,

                 Defendant.

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Brenda Tanner
Signature

Brenda Tanner
Name (Please Print Neatly)

10-3-2022
Date

Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

29

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 11 2022**

**SSI**

ANDREW RICCI, on behalf of himself and
others similarly situated,

        Plaintiff,

    v.

NEWREZ LLC,

        Defendant.

:
:
:
:
:
:
:
:
:
:

No. 5:22-cv-00650

## **CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

10/3/22
Date

Amber Taurasi
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

     Ricci v NewRez, LLC Administrator
     c/o Settlement Services, Inc.
     PO Box 10269
     Tallahassee, FL 32302-2269



ENTERED OCT 11 2022

RECEIVED

OCT 12 2022

SSI 52

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                      Plaintiff,

          v.

NEWREZ LLC,

                      Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).  I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA).  I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

_____
Name (Please Print Neatly)

Jamie L. Tracy

10/1/2022
Date

_____
Email Address

**Return by November 10, 2022 to:**

                    Ricci v NewRez, LLC Administrator
                    c/o Settlement Services, Inc.
                    PO Box 10269
                    Tallahassee, FL 32302-2269

35

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
OCT 11 2022
SSI

ANDREW RICCI, on behalf of himself and
others similarly situated,

                              Plaintiff,

            v.

NEWREZ LLC,

                            Defendant.

:
:
:   No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____
Signature

Jack White
_____
Name (Please Print Neatly)

10/5/22
_____
Date

Email Address

## Return by November 10, 2022 to:

                    Ricci v NewRez, LLC Administrator
                    c/o Settlement Services, Inc.
                    PO Box 10269
                    Tallahassee, FL 32302-2269

ENTERED OCT 11 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**OCT 1 2** 2022

**SSI** 58

| | | |
|---|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : | No. 5:22-cv-00650 |
| v. | : : | |
| NEWREZ LLC, | : : | |
| Defendant. | : : : | |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Tanisha White_
Signature

_10 · 6 · 22_
Date

_Tanisha White_
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269



MailID: 725

RECEIVED

OCT 12 2022

SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                    Plaintiff,

      v.

NEWREZ LLC,

                   Defendant.

:
:
:
:   No. 5:22-cv-00650
:
:
:
:
:
:

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

10.2.2022
Date

Lori Wynia
Name (Please Print Neatly)

Email Address

## Return by November 10, 2022 to:

               Ricci v NewRez, LLC Administrator
               c/o Settlement Services, Inc.
               PO Box 10269
               Tallahassee, FL 32302-2269

MailID: 746