IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and others similarly situated,

    Plaintiff,

v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

RECEIVED OCT 27 2022 SSI

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____       10/8/22
Signature                               Date

Irene Alberthe
Name (Please Print Neatly)

[redacted]

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Received
OCT 24 2022
SSI

ANDREW RICCI, on behalf of himself and others similarly situated,

                  Plaintiff,

v.

NEWREZ LLC,

                  Defendant.

No. 5:22-cv-00650

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

Signature: _Donna Blake_  
Date: 9/29/2022

Name (Please Print Neatly): DONNA M. BLAKE

Email Address: [redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 890

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and others similarly situated,

    Plaintiff,

v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

*Received OCT 24 2022 SSI*

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Shannell M. Brooks_
Signature

10/15/22
Date

Shannell M. Brooks
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 84

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                   Plaintiff,       No. 5:22-cv-00650

          v.

NEWREZ LLC,

                   Defendant.

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____       10/8/2022
Signature                                         Date

Yaphet Campbell
Name (Please Print Neatly)



Email Address

Return by November 10, 2022 to:

      Ricci v NewRez, LLC Administrator
      c/o Settlement Services, Inc.
      PO Box 10269
      Tallahassee, FL 32302-2269

MailID: 110

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>                             Plaintiff,<br>    v.<br><br>NEWREZ LLC,<br><br>                             Defendant. | No. 5:22-cv-00650 |

Received
OCT 24 2022
SS

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Brenda Dakin_                                                10/7/22
Signature                                                                 Date

Brenda Dakin
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 815

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                 Plaintiff,

v.

NEWREZ LLC,

                 Defendant.

No. 5:22-cv-00650

**CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

Signature

Date: Oct 1st 2022

Name (Please Print Neatly): Jacqueline Kanyangarara

Email/Address:

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 937

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,    :  No. 5:22-cv-00650

      v.

NEWREZ LLC,

                Defendant.

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____        10/10/22
Signature                                                                Date

Scott Mallardi
Name (Please Print Neatly)

[Email Address redacted]
Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 416

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and others similarly situated,

    Plaintiff,

v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

*Melanie Norman*
Signature

10-14-22
Date

Melanie Norman
Name (Please Print Neatly)

[Email Address redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 1067

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

           Plaintiff,      No. 5:22-cv-00650

v.

NEWREZ LLC,

           Defendant.

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____      10.19.2022
Signature                                                              Date

Krissi Okegbola
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 1021



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

           Plaintiff,

v.

NEWREZ LLC,

           Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Nicole A. Payne_
Signature

_Nicole A. Payne_
Name (Please Print Neatly)

10/13/2022
Date



Email Address

Return by November 10, 2022 to:

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 527

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : | |
| Plaintiff, | : | No. 5:22-cv-00650 |
| v. | : | |
| NEWREZ LLC, | : | |
| Defendant. | : | |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature    Date 10/11/22

Name (Please Print Neatly): Jeana Richards

Email Address: [redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 575

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and others similarly situated,

            Plaintiff,

v.

NEWREZ LLC,

            Defendant.

No. 5:22-cv-00650



## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Stuart Warsawsky_                10-04-22
Signature                                                 Date

STUART WARSAWSKY
Name (Please Print Neatly)



Email Address

Return by November 10, 2022 to:

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 711

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                      Plaintiff,    :   No. 5:22-cv-00650

      v.

NEWREZ LLC,

                      Defendant.

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_Brendalyn Williams_
Signature

Date: 10/21/2022

Brendalyn Williams
Name (Please Print Neatly)

[redacted]
Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 1015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Mary F Young_            9/28/2022
Signature                 Date

MARY F Young
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 749