IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Julie Arencibia_ (Signature)    Date: 10/2/2022

Name (Please Print Neatly): Julie Arencibia



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                      Plaintiff,

    v.

NEWREZ LLC,

                      Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

Signature

Date: 9/28/22

Name (Please Print Neatly): Blake Dailey

Email Address: [redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 160

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____    10/26/2022
Signature                     Date

GORDON GANZINI
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 923

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and others similarly situated,

    Plaintiff,

v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

RECEIVED NOV 01 2022 SSI

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____           10/24/2022
Signature                                                                   Date

Walter Genther
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 243

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,
          Plaintiff,

    v.

NEWREZ LLC,
          Defendant.

No. 5:22-cv-00650

RECEIVED NOV 01 2022 SSI

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

Date: 10/27/22

Sylvia F. Gilliam
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,

v.

NEWREZ LLC,

                Defendant.

No. 5:22-cv-00650

**CONSENT TO BECOME PARTY PLAINTIFF**

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature: Ashley J. Hall     Date: 10-26-2022

Name (Please Print Neatly): Ashley J. Hall

Email Address: [redacted]

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 271

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br>       Plaintiff,<br>v.<br>NEWREZ LLC,<br>       Defendant. | No. 5:22-cv-00650 |

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Denise Matlack_                     10/15/22
Signature                                          Date

DENISE MATLACK
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 428

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>                  Plaintiff,<br>     v.<br><br>NEWREZ LLC,<br><br>                  Defendant. | No. 5:22-cv-00650 |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_____          10/24/2022
Signature                                                          Date

Deborah F Munoz
Name (Please Print Neatly)

[redacted]
Email Address

**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 486

/103

Received
OCT 31 2022
SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

NEWREZ LLC,

        Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



_Delmer Plummer_
Signature

10-23-2022
Date

Delmer Plummer
Name (Please Print Neatly)

███████████████████
Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

NEWREZ LLC,

        Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____  
Signature

Date: 10/16/2022

Name (Please Print Neatly): Nia Rodney

Email Address: [redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 581

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

NEWREZ LLC,

        Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

10.10.2022
Date

Julie Sheldon
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 986

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>                          Plaintiff,<br>      v.<br>NEWREZ LLC,<br>                          Defendant. | :<br>:<br>:  No. 5:22-cv-00650<br>:<br>:<br>:<br>:<br>:<br>: |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

11/3/22
Date

Christopher Soh
Name (Please Print Neatly)



Email Address

Return by November 10, 2022 to:

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32308-2269

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br>  v.<br><br>NEWREZ LLC,<br><br>       Defendant. | No. 5:22-cv-00650 |

### CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Neal Wilson_               _11/1/2022_
Signature                      Date

_Neal Wilson_
Name (Please Print Neatly)



Email Address

### Return by November 10, 2022 to:

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32308-2269