IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,    No. 5:22-cv-00650

v.

NEWREZ LLC,

                Defendant.

RECEIVED NOV 04 2022 SSI

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

Signature: _/s/ B. B._

Date: 11/1/2022

Name (Please Print Neatly): Brian Boyle



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 73

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____        10/8/2022
Signature                                Date

CARL BRESCHI
Name (Please Print Neatly)


Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 79

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Theresa Coleman
Signature

10/27/22
Date

Theresa Coleman
Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 135

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,

v.

NEWREZ LLC,

                Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Date: 10/28/2022

Name (Please Print Neatly): Joseph Daniels

Email Address: [redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 162

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

    Plaintiff,

  v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

**RECEIVED NOV 04 2022 SSI**

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

10/31/22
Date

Jalen Dawson
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 170

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>NEWREZ LLC,<br><br>                    Defendant. | No. 5:22-cv-00650<br><br>ISS<br>NOV 08 2022<br>RECEIVED |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_Matthew E. McCarthy_
Signature

_Nov. 1st, 2022_
Date

_Matthew E. McCarthy_
Name (Please Print Neatly)

[personal information redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 433

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                Plaintiff,

v.

NEWREZ LLC,

                Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

Name (Please Print Neatly): Alyssa Tidmore McCune

Date: 10/25/22

Email Address: [redacted]

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 434

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

    Plaintiff,

v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

11·1·2022
Date

Justin Mobilian
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 992

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____  10/29/2022
Signature                   Date

BRUCE D. OSTROVITZ
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 505

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : No. 5:22-cv-00650 |
| v. | : |
| NEWREZ LLC, | : |
| Defendant. | : |

Received
NOV 07 2022
SSI

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.



Signature

10/20/2022
Date

Name (Please Print Neatly)

Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32302-2269

MailID: 532