146

RECEIVED
NOV 14 2022
SSI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

NEWREZ LLC,

        Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

11/9/22
Date

Liane G Henderson
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

Ricci v NewRez, LLC Administrator
c/o Settlement Services, Inc.
PO Box 10269
Tallahassee, FL 32308-2269

Liane Henderson

RECEIVED
NOV 14 2022
SSI

Ricci vs. New Rez, LLC Administrator
C/o Settlement Services, Inc
Po Box 10269
Tallahassee, FL 32308-2269

32302-226969

JACKSONVILLE FL 320
9 NOV 2022 PM 3 L

$0.57
US POSTAGE
FIRST-CLASS
0625104810
32233
0000023625
S9478A.168

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
NOV 18 2022
SSI

ANDREW RICCI, on behalf of himself and others similarly situated,

    Plaintiff,

v.

NEWREZ LLC,

    Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

11/9/22
Date

Allison Pope
Name (Please Print Neatly)



Email Address

**Return by November 10, 2022 to:**

    Ricci v NewRez, LLC Administrator
    c/o Settlement Services, Inc.
    PO Box 10269
    Tallahassee, FL 32302-2269

MailID: 774



A. Pade

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 351  TALLAHASSEE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

SETTLEMENT SERVICES, INC.
PO BOX 1879
TALLAHASSEE FL 32302-9984

CHARLESTON SC 294
20 NOV 2022 PM 3 L

RECEIVED
NOV 18 2022
SSI

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES