RECEIVED

NOV 14 2022

SSI

135

P

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself and
others similarly situated,

                              Plaintiff,

        v.

NEWREZ LLC,

                      Defendant.

No. 5:22-cv-00650

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to

become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to

be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound

by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____
Signature

10/25/22
Date

Zipporah Lowther
Name (Please Print Neatly)



**Return by November 10, 2022 to:**

        Ricci v NewRez, LLC Administrator
        c/o Settlement Services, Inc.
        PO Box 10269
        Tallahassee, FL 32302-2269

MailID: 406

Zipporah Lowthur



BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 351     TALLAHASSEE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

SETTLEMENT SERVICES, INC.
PO BOX 1879
TALLAHASSEE FL 32302-9984

RECEIVED
NOV 14 2022
SSI

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES