IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEWREZ LLC,<br><br>　　　　　　　　　　Defendant. | :<br>:<br>:<br>:  No. 5:22-cv-00650<br>:<br>:<br>:<br>:<br>: |

**NOTICE ATTACHING FULLY EXECUTED CLASS AND
COLLECTIVE ACTION SETTLEMENT AGREEMENT**

　　　　Attached please find a fully executed copy of the Class and Collective Action Settlement Agreement that was attached to Plaintiff's "Unopposed Motion for Preliminary Approval of the Class Action Settlement and Other Related Relief" ("Motion"). See Doc. 47-1. As noted in footnote 1 of the Motion, see Doc. 47, the parties had not obtained the signature page to the agreement for Defendant as of the time of filing. However, the attached agreement is now fully executed.

Date:  June 21, 2023　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　/s/ Mark J. Gottesfeld
　　　　　　　　　　　　　　　　　　　　　Peter Winebrake
　　　　　　　　　　　　　　　　　　　　　Mark J. Gottesfeld
　　　　　　　　　　　　　　　　　　　　　Winebrake & Santillo, LLC
　　　　　　　　　　　　　　　　　　　　　715 Twining Road, Suite 211
　　　　　　　　　　　　　　　　　　　　　Dresher, PA 19025
　　　　　　　　　　　　　　　　　　　　　(215) 884-2491
　　　　　　　　　　　　　　　　　　　　　mgottesfeld@winebrakelaw.com

　　　　　　　　　　　　　　　　　　　　　*Plaintiff's Counsel*