IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated,<br><br>                      Plaintiff,<br>     v.<br><br>NEWREZ LLC,<br>                      Defendant. | :<br>:<br>:<br>:  No. 5:22-cv-00650<br>:<br>:<br>:<br>:<br>: |

**ORDER**

      **AND NOW**, this 21st day of June, 2023, upon consideration of Plaintiff's "Unopposed Motion for Preliminary Approval of the Class Action Settlement and Other Related Relief" ("Motion") (Doc. 47), the accompanying "Class and Collective Action Settlement Agreement" ("Agreement") (Doc. 47-1), the Declaration of Mark J. Gottesfeld (Doc. 47-2), the accompanying Memorandum of Law (Doc. 47-3) and all other papers and proceedings herein, it is hereby **ORDERED** that:

    1.    The Motion is **GRANTED**, and the settlement of Plaintiff's Rule 23 class action is **PRELIMINARILY APPROVED** because it appears that, at the final approval stage, the Court "will likely be able to" approve the settlement under the criteria described in Federal Rule of Civil Procedure ("Civil Rule") 23(e)(2) and certify the settlement class under Civil Rule 23(a) and (b)(3).  See Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii).[1]

    2.    The "Notice of Settlement" form ("Notice Form") attached to the Agreement as

---

[1] This is a hybrid action asserting claims under both the Fair Labor Standards (FLSA) and the Pennsylvania Minimum Wage Act (PMWA).  The FLSA "collective" is comprised of 139 individuals who live throughout the United States and previously joined this action pursuant to 29 U.S.C. Sec. 216(b) and the PMWA Rule 23 "class" is comprised of 278 individuals employed by Newrez in Pennsylvania.  This motion only concerns the approval of the PMWA class claim.

Exhibit C and the notice protocols described in paragraph 7 of the Agreement are approved pursuant to Civil Rules 23(c)(2)(B). The Notice Forms shall be sent to all class members listed in Exhibit A to the Agreement.

3. Individuals who wish to exclude themselves from the settlement must follow the procedures described in paragraph 8 of the Agreement and Section 7 of the Notice Form.

4. Individuals who wish to object to the settlement must follow the procedures described in paragraph 9 of the Agreement and Section 8 of the Notice Form.

5. Winebrake & Santillo, LLC is appointed interim class counsel per Civil Rule 23(g)(3) and shall ensure that the notice process contemplated by the Agreement is followed.

6. Pursuant to Civil Rule 23(e)(2), a hearing addressing final approval of the settlement will be held on   October 2  , 2023 at  9:00 am  in Courtroom  3C  of the United States Courthouse, 504 W. Hamilton Street, Allentown, PA 18101.[2] During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, *inter alia*, the following issues: whether the settlement is fair and reasonable and warrants final approval under Civil Rule 23(e)(2); whether the service award described in paragraph 12 of the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel should be approved under Civil Rule 23(h).[3]

7. Seven calendar days prior to the final approval hearing, class counsel shall file all

---

[2] **Note to the Court:** Interim class counsel recommends that the final approval hearing occur approximately 12 weeks after the entry of this preliminary approval order. This will ensure that the parties have adequate time to complete the notice process contemplated in the Agreement.

[3] In addition, at the Fairness Hearing, the Court will also determine whether the settlement of their FLSA claims (to be addressed in Plaintiff's motion seeking final approval) should be approved.

3

papers in support of the final approval of the settlement and the associated issues described in paragraph 6 above.

                                                                   /s/ Joseph F. Leeson, Jr.
                                                                   JOSEPH F. LEESON, JR.
                                                                   United States District Judge