IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| ANDREW RICCI, on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : | No. 5:22-cv-00650 |
| v. | : : | |
| NEWREZ LLC, | : | |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF THE SETTLEMENT AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class and Collective Action Settlement Agreement ("Agreement"), *see* Doc. 51-1, Andrew Ricci ("Plaintiff") and Defendant Newrez LLC ("Newrez") have agreed to settle this lawsuit on behalf of Plaintiff and 276 additional class members[1] under the Pennsylvania Minimum Wage Class ("PMWA") and a 140-person[2] Fair Labor Standards Act ("FLSA") collective of non-exempt hourly employees of Newrez.

On June 21, 2023, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Doc. 49. The notice process is complete. *See generally* Declaration of Mark Patton ("Patton Dcl.") (Doc. 51-2). **None** of the class members have submitted objections to the settlement, and only one (1) class member has requested to be excluded from the settlement. *See* Doc. 50.

---

[1] As discussed in the attached Memorandum of Law, *see* Doc. 52, since one (1) class member (Tina Lewandowski) submitted a request for exclusion from the settlement, the class would be reduced to 276 members in addition to Plaintiff. It was also determined that the names "David Wu" and "Weien Wu" listed on Exhibit A to the Agreement are actually the same individual.

[2] Two FLSA opt-ins (Liane Henderson and Neal Wilson) were mistakenly left out of Exhibit B to the Agreement but are covered by the settlement, while a third individual (Amber Nichols) was mistakenly included on this allocation list.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for October 2, 2023, *see* Doc. 49 at ¶ 6, and, in anticipation of the hearing, Plaintiff respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of Plaintiff and the 276 class members who have not excluded themselves from the settlement;

- Second stage certification of the FLSA collective;

- Approving the settlement of this action as fair, reasonable, and adequate under both Civil Rile 23(e)(2) and the FLSA;

- Approving the payment of a $10,000 service award to Plaintiff;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $160,200 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Mark Patton, Mark Gottesfeld, and the accompanying Memorandum of Law.

**WHEREFORE**, Plaintiff, on behalf of himself and other class and collective members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date:  September 25, 2023

Respectfully,

*Mark J. Gottesfeld*
_____
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Interim Class Counsel*