UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANDREW RICCI, on behalf of himself :
And others similarly situated, :
           Plaintiff, :
            :
    v. :   No. 5:22-cv-0650
            :
NEWREZ LLC, :
           Defendant. :

## O R D E R

**AND NOW**, this 17th day of October, 2023, upon consideration of Plaintiff's Unopposed Motion for Final Approval of the Settlement and Other Associated Relief, *see* ECF No. 51; after a final fairness hearing; and for the reasons set forth in the Opinion issued this date; **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Unopposed Motion for Final Approval of the Settlement and Other Associated Relief is **GRANTED**, and the Class and Collective Action Settlement Agreement ("Agreement") is **APPROVED** as fair, reasonable and adequate. In accordance with the Agreement, the following payments from the settlement fund are **APPROVED**;

    a. Payment of $160,200.00 to class counsel;

    b. A service award of $10,000.00 to Andrew Ricci;

2. The Settlement Class comprised of Named Plaintiff Andrew Ricci ("Plaintiff") and the 276 individuals who: (i) are listed in Exhibit A to the Agreement; and (ii) have not excluded themselves from the settlement, is now **CERTIFIED** in accordance with Rule 23, Fed. R. Civ. P.;

3. Second stage certification is **GRANTED** for the Fair Labor Standards Act ("FLSA") collective comprised of Plaintiff and the 139 individuals described in Exhibit B to the Agreement;

4. The law firm Winebrake & Santillo is **APPOINTED** as final class counsel;

5. This action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel. Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge